**REMAND / JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 19-6513-GW-RAOx | Date | January 8, 2020 |
| Title | *John Wilson v. Wells Fargo Bank, N.A., et al.* | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present                          None Present

**PROCEEDINGS (IN CHAMBERS):** ORDER REMANDING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION AT TIME OF REMOVAL

On October 16, 2019, the Court issued an Order Setting Briefing Schedule re Subject Matter Jurisdiction; Vacating Hearing on Motion to Dismiss ("the Order"). *See* Docket No. 23. In the Order, the Court *sua sponte* raised several reasons why it appeared that the parties to this action were not completely diverse at the time of the July 26, 2019, removal of it from Los Angeles County Superior Court to this Court. It asked for, or offered, the opportunity for further briefing on the subject. Both parties responded with briefs. *See* Docket Nos. 24-25. The Court has reviewed that briefing. For the reasons set forth in the Order, the Court now concludes that it was correct in its assessment of the citizenship circumstances. Therefore, the Court remands the matter back to Los Angeles County Superior Court and vacates all dates it had previously set in this action.

It is so ordered.

Initials of Preparer    JG